# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JIMMY MICHAEL WHITE,

    Petitioner,

v.

WARDEN TIM GARRETT, *et al.*,

    Respondents.

Case No. 3:21-cv-00010-RCJ-WGC

**ORDER**

Petitioner Jimmy Michael White, a Nevada state prisoner proceeding *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Currently before the Court is White's Application to Proceed *In Forma Pauperis* (ECF No. 1).

A $5.00 filing fee is required to initiate a habeas action in a federal district court. 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees. The court may authorize a person to begin an action without prepaying fees and costs if the person demonstrates indigency. 28 U.S.C. § 1915; LSR 1-1, 1-2. The IFP application must be submitted on the form provided by the court and include specific financial information and a declaration confirming under the penalty of perjury that the financial information is true. *Id.*

Although White submitted the required form, the supporting documents show he is able to pay the $5 filing fee. Thus, White does not qualify for a fee waiver. The Court therefore denies the IFP application and gives him 45 days from the date of this order to pay the $5 fee.

**IT IS THEREFORE ORDERED:**

1. Petitioner Jimmy Michael White's Application to Proceed *In Forma Pauperis* (ECF No. 1) is DENIED.
2. White must pay the $5.00 filing fee within 45 days of the date of this order.
3. The Clerk of Court is instructed to send White *two* copies of this order. White must make the necessary arrangements to have a copy of this order attached to the check for the filing fee.

4. If White fails to comply with this order, this case will be dismissed without prejudice and without further advance notice.
5. The initial screening of White's petition under the Rules Governing Section 2254 Cases in the United States District Courts is deferred to until such time as he has fully complied with this order.

DATED this 29th day of April, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE