UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIMMY MICHAEL WHITE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>WARDEN TIM GARRETT, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.　3:21-CV-00010-RCJ-WGC<br><br>ORDER |

　　　　According to this Court's records, Plaintiff is no longer at the address listed with the Court "inmate not at LLC." (ECF No. 6).  The Plaintiff was paroled on March 3, 2021. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number.  The notification must include proof of service on each opposing party of the party's attorney.  Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1.  This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court.  If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this case with prejudice.

　　　　IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court within thirty (30) days from the date of this order.

///

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case with prejudice.

IT IS SO ORDERED.

DATED this 26th day of May, 2021.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE